IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES GREGORY**                                                                                    **PLAINTIFF**

v.                                            **3:10CV00300-BRW**

**CODY GENTRY, Individually and**
**Officially; ROSS THOMPSON,**                                              **DEFENDANTS**
**Individually and Officially; and the**
**CITY OF BLYTHEVILLE, ARKANSAS**

## ORDER

Pending is Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 9). Plaintiff requests a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). Plaintiff's Motion to Dismiss without Prejudice is GRANTED.

IT IS SO ORDERED this 11th day of March, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE